In the Matter of THOMAS P. MCKENNA, an Attorney, Appellant.

NEW YORK COUNTY LAWYERS ASSOCIATION, Respondent.

*Attorneys — disbarment for professional misconduct.*

*Matter of McKenna,* 211 App. Div. 646, affirmed.

(Argued June 10, 1925; decided July 15, 1925.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 10, 1925, disbarring the appellant from practice as an attorney and counselor at law in the State of New York for professional misconduct.

*Abraham Benedict* for appellant.

*Richard H. Clarke* and *George R. Adams* for respondent.

Order affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.   Absent: POUND, J.

---

THE MARINER HARBOR NATIONAL BANK, Appellant, *v.* GRAHAM BEACH ESTATES, INC., Respondent, Impleaded with Others.

*Appeal — order of Appellate Division reversing order granting motion for summary judgment and denying motion — appeal therefrom dismissed.*

*Mariner Harbor Nat. Bank* v. *Graham Beach Estates, Inc.,* 213, App. Div. 875 appeal dismissed.

(Argued June 11, 1925; decided July 15, 1925.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 9, 1925, which reversed an order of Special Term granting a motion to strike out the answer and for summary judgment and denied said motion.

*James Burke, Jr.,* for appellant.

*David May* and *Isaac N. Jacobson* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.   Absent: POUND, J.